USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YUSUF RAHEEM,

                Petitioner,

    -v.-

WILLIAM P. BARR, et al.,

                Respondents.
------------------------------------------------------------X

ORDER
19 Civ. 9134 (VSB) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The Government has moved to dismiss this case as duplicative of a petition Mr. Raheem has already filed in the District of New Jersey or have this case transferred to the District of New Jersey.

    If Mr. Raheem opposes either dismissal or transfer, he is directed to file his opposition on or before February 7, 2020. If he does not file any opposition, the case will be either dismissed or transferred to the District of New Jersey.

    SO ORDERED.

Dated: January 17, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy mailed to:

Yusuf Raheem
A# 099-309-120
ID No. 324004
HCCF
30-35 Hackensack Ave.
Kearny, NJ 07032