USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YUSEF RAHEEM,

                                Petitioner,                        19 **CIVIL** 9134 (VSB)

            -against-                                  **JUDGMENT**

WILLIAM P. BARR, et al.,

                                Respondents.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 28, 2020, Petitioner's petition for a writ of habeas corpus is dismissed as moot; accordingly, the case is closed.

**DATED:** New York, New York
           January 29, 2020

                                                                              **RUBY J. KRAJICK**

                                                                              **Clerk of Court**
                                       **BY:**

                                                                               **Deputy Clerk**